(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 AUG 31 PM 2:38

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Daunté D. Treadwell

**Plaintiff(s)**

Case No. 2:22 cv 3280

JUDGE GRAHAM

MAGISTRATE JUDGE LITKOVITZ

vs.

Warden John Doe
mansfield Corr. Inst.

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes____  No_X_
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      _____
      _____

      (2) How much do you earn per month? __Gifts & Allowance__

   B. If you answered "No"
      (1) Have you ever been employed?  Yes____  No_X_
      If yes, what was the last year and month you were employed? _____
      How much did you earn a month? _____

II. What is your marital status?
   Single____  Married____  Widowed____  Divorced_X_
   A. If you answered "Married":
      (1) Is your spouse employed?  Yes____  No____
      If yes, how much does your spouse earn each month?
      $_____

III. Do you have any dependents?  Yes_X_  No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| Anthony D. Treadwell | Son | $500.00 p/m |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No_X_
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes_____   No_X_

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes_____   No_X_
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|----------|-------|----------|-------|
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|----------|-------------|----------|-------------|
| 0        | $ 0         |          | $ 0         |
|          | $ 0         |          | $ 0         |
|          | $ 0         |          | $ 0         |
|          | $ 0         |          | $ 0         |

VIII. State your address and telephone number where the Court can reach you.
   5612 Shellbark St.
   Groveport, Ohio
   43125
   614.787.7072.

I declare under penalty of perjury that the above information is true and correct.

08-24-2022                     Daunte Breachwell
Date                           Signature of Applicant

-3-

```
                          FRANKLIN COUNTY CBCF
             ==================================================
                          Resident Account Summary
                      Tuesday, August 09, 2022  @12:00
             ================================================================
For CBCF: 220950    TREADWELL, DONTE
--------------------------------------------------------------------------------
   Date     Transaction Description              Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
07/21/2022  CBCF PURCHA 7/21/22 2 STAMPS ENVELOPE   1.20     0.00    23.85    0.00    07/21/2022
07/12/2022  DR COPAY    7/6/22 DR VISIT             3.00     0.00    22.65    0.00    07/12/2022
07/07/2022  INP         OID:100073992-ComisaryPur   7.45     0.00    19.65    0.00    07/07/2022
06/27/2022  RX COPAY    6/23/2022RX#7470701         2.43     0.00    12.20    0.00    06/27/2022
06/27/2022  RX COPAY    6/23/2022RX#7470706         6.34     0.00     9.77    0.00    06/27/2022
06/27/2022  <RX COPAY>  6/23/2022RX#7470703        -0.05     0.00     3.43    0.00    06/27/2022
06/27/2022  RX COPAY    6/23/2022RX#7470703         3.48     0.05     3.48    0.00    06/27/2022
06/09/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40     0.05     0.00    0.00    06/09/2022
06/09/2022  PHONE PURCH PHONE TIME PURCHASE        -0.45     3.45     0.00    0.00    06/09/2022
06/09/2022  EPR         OID:100073746-ComisaryPur  -4.52     3.90     0.00    0.00    06/09/2022
06/09/2022  PHONE PURCH PHONE TIME PURCHASE        -2.95     8.42     0.00    0.00    06/09/2022
06/09/2022  ERF         OID:100073640-ComisaryRef  11.30    11.37     0.00    0.00    06/09/2022
06/06/2022  PHONE PURCH PHONE TIME PURCHASE        -1.81     0.07     0.00    0.00    06/06/2022
06/06/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40     1.88     0.00    0.00    06/06/2022
06/06/2022  PHONE PURCH PHONE TIME PURCHASE        -2.27     5.28     0.00    0.00    06/06/2022
06/06/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40     7.55     0.00    0.00    06/06/2022
06/04/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    10.95     0.00    0.00    06/04/2022
06/04/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    14.35     0.00    0.00    06/04/2022
06/04/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    17.75     0.00    0.00    06/04/2022
06/03/2022  PHONE PURCH PHONE TIME PURCHASE        -0.91    21.15     0.00    0.00    06/03/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    22.06     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -0.23    25.46     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    25.69     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    29.09     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    32.49     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -2.04    35.89     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    37.93     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    41.33     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    44.73     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    48.13     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    51.53     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -0.91    54.93     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    55.84     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -1.36    59.24     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -2.95    60.60     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40    63.55     0.00    0.00    06/02/2022
06/02/2022  EPR         OID:100073640-ComisaryPur -96.25    66.95     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -0.45   163.20     0.00    0.00    06/02/2022
06/02/2022  PHONE PURCH PHONE TIME PURCHASE        -0.23   163.65     0.00    0.00    06/02/2022
06/01/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   163.88     0.00    0.00    06/01/2022
06/01/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   167.28     0.00    0.00    06/01/2022
06/01/2022  ERF         OID:100073499-ComisaryRef   3.56   170.68     0.00    0.00    06/01/2022
06/01/2022  PHONE PURCH PHONE TIME PURCHASE        -2.49   167.12     0.00    0.00    06/01/2022
06/01/2022  PHONE PURCH PHONE TIME PURCHASE        -0.45   169.61     0.00    0.00    06/01/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   170.06     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   173.46     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.17   176.86     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -2.49   180.03     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   182.52     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   185.92     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -2.04   189.32     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40   191.36     0.00    0.00    05/31/2022
05/31/2022  PHONE PURCH PHONE TIME PURCHASE        -0.45   194.76     0.00    0.00    05/31/2022
05/31/2022  DEPCHK      5/31/22 CHECK#47629       195.07   195.21     0.00    0.00    05/31/2022
05/28/2022  PHONE PURCH PHONE TIME PURCHASE        -0.68     0.14     0.00    0.00    05/28/2022
05/27/2022  PHONE PURCH PHONE TIME PURCHASE        -0.23     0.82     0.00    0.00    05/27/2022
05/27/2022  PHONE PURCH PHONE TIME PURCHASE        -3.40     1.05     0.00    0.00    05/27/2022
05/27/2022  PHONE PURCH PHONE TIME PURCHASE        -1.36     4.45     0.00    0.00    05/27/2022
05/26/2022  PHONE PURCH PHONE TIME PURCHASE        -3.17     5.81     0.00    0.00    05/26/2022
05/26/2022  PHONE PURCH PHONE TIME PURCHASE        -1.36     8.98     0.00    0.00    05/26/2022
05/26/2022  PHONE PURCH PHONE TIME PURCHASE        -1.36    10.34     0.00    0.00    05/26/2022
05/26/2022  PHONE PURCH PHONE TIME PURCHASE        -2.95    11.70     0.00    0.00    05/26/2022
05/26/2022  PHONE PURCH PHONE TIME PURCHASE        -2.27    14.65     0.00    0.00    05/26/2022
--------------------------------------------------------------------------------
                                    Page 1
```

```
                              FRANKLIN COUNTY CBCF
         ===========================================================
                             Resident Account Summary
                        Tuesday, August 09, 2022  @12:00
         ==============================================================================
For CBCF: 220950     TREADWELL, DONTE
------------------------------------------------------------------------------------
   Date    Transaction Description               Amount    Balance    Owed    Held    Reference
------------------------------------------------------------------------------------
05/26/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     16.92     0.00    0.00    05/26/2022
05/26/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     20.32     0.00    0.00    05/26/2022
05/26/2022 EPR          OID:100073499-ComisaryPur -6.66     23.72     0.00    0.00    05/26/2022
05/26/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     30.38     0.00    0.00    05/26/2022
05/26/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.68     33.78     0.00    0.00    05/26/2022
05/26/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.45     34.46     0.00    0.00    05/26/2022
05/25/2022 CYBERSUITE   71818500 Rister Jessic Re 20.00     34.91     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     14.91     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     18.31     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.68     21.71     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.45     22.39     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -1.59     22.84     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     24.43     0.00    0.00    05/25/2022
05/25/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.68     27.83     0.00    0.00    05/25/2022
05/24/2022 <CBCF PURCH. Payment for CBCF PURCHASE -0.49     28.51     0.00    0.00    05/24/2022
05/24/2022 CYBERSUITE   71673314 Hopson Tychell L 29.00     29.00     0.49    0.00    05/24/2022
05/24/2022 <CBCF PURCH. Payment for CBCF PURCHASE -20.00     0.00     0.49    0.00    05/24/2022
05/24/2022 CYBERSUITE   71554274 Hopson Tychell L 20.00    20.00    20.49    0.00    05/24/2022
05/20/2022 <CBCF PURCH. 5/16/22 SHOES, 2BOXERS, 2 -0.01     0.00    20.49    0.00    05/20/2022
05/20/2022 CBCF PURCHA  5/16/22 SHOES, 2BOXERS, 2 20.50     0.01    20.50    0.00    05/20/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.17     0.01     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     3.18     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -0.45     6.58     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40     7.03     0.00    0.00    05/19/2022
05/19/2022 EPR          OID:100073386-ComisaryPur -71.67   10.43     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.17    82.10     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -2.04    85.27     0.00    0.00    05/19/2022
05/19/2022 PHONE PURCH. PHONE TIME PURCHASE       -1.81    87.31     0.00    0.00    05/19/2022
05/18/2022 PHONE PURCH. PHONE TIME PURCHASE       -1.13    89.12     0.00    0.00    05/18/2022
05/18/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40    90.25     0.00    0.00    05/18/2022
05/18/2022 PHONE PURCH. PHONE TIME PURCHASE       -3.40    93.65     0.00    0.00    05/18/2022
05/18/2022 PHONE PURCH. PHONE TIME PURCHASE       -1.59    97.05     0.00    0.00    05/18/2022
05/18/2022 PHONE PURCH. PHONE TIME PURCHASE       -1.36    98.64     0.00    0.00    05/18/2022
05/18/2022 CYBERSUITE   77460589 Hopson Tychell L 60.00   100.00     0.00    0.00    05/18/2022
05/17/2022 CYBERSUITE   70044936 Rister Jessic Re 40.00    40.00     0.00    0.00    05/17/2022
05/16/2022 DEPCA        INITIAL DEPOSIT            0.00     0.00     0.00    0.00    05/16/2022
```