IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____Eastern_____ DIVISION

RECEIVED
AUG 31 2022
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

__Daunté Treadwell pro se__
(Enter Above the Name of the Plaintiff in this Action)

2:22 CV 3289

vs.

__Mansfield Correctional Inst., John Doe__
(Enter above the name of the Defendant in this Action)

JUDGE GRAHAM

If there are additional Defendants, please list them:

__Mansfield Correctional Inst., Medical Dept__ MAGISTRATE JUDGE LITKOVITZ
__John & Jane Doe__

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Daunté Désean Treadwell__
Name - Full Name Please - PRINT

__5612 Shellbark St.__
Street Address

__Groveport, Ohio, 43125__
City, State and Zip Code

__614.787.7072__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Warden John Doe
Name - Full Name Please

   1150 N Main St, Mansfield, OH 44902
Address: Street, City, State and Zip Code

2. _____

3. Medical Director John & Jane Doe
   1150 N Main St. Mansfield, Ohio 44902

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

In September 2020 at the Mansfield Correctional Inst., at the correctional officers request I was let out of my cell to clean the Block I was housed in. While doing so I slipped & fell on the wet Dayroom floor. There were no wet floor signs up in the area where I slipped & fell. As my face hit the floor I busted my mouth & broke three of my front teeth. I was taken to the Institutional Infirmary where I was given Ibuprofen & no other treatment. I was left in this condition until my release on Oct 20, 2020. Even after I attempted to seek medical treatment through the grievance procedure During my stay at the Institution. Thus showing indifference to my medical needs. Medical Staff & the warden knew through grievances & physically seeing my teeth in my hand at the time of the slip & fall that I needed medical treatment & denied such. The warden & medical staff let me go through pain & suffering the remainder of my time spent at the Institution. It wasn't until I was released from the prison that I was given appropriate medical care & treatment.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like Compensation for my pain & Suffering, & emotional Distress In the amount of $100,000. & Punitive Damages In the amount of $100,000. & any other relief the court deems fit.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 24 day of August, 2022.

Daunté Treadwell
Signature of Plaintiff

-4-