IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAUNTE TREADWELL, | Case No. 1:22-cv-01687-PAB |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| WARDEN, MANSFIELD CORRECTIONAL INSTITUTION, *et al.*, | MEMORANDUM OPINION AND ORDER |
| Defendants. | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendants' Motion for Judgment on the Pleadings (Doc. No. 13) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: May 10, 2023        *s/Pamela A. Barker*
                          PAMELA A. BARKER
                          UNITED STATES DISTRICT JUDGE